# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br><br>Plaintiff,<br><br>v.<br><br>MAIL ROOM TRUST STAFF, *et al.*,<br><br>Defendants. | Case No.  1:21-cv-01486-NONE-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF No. 14)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Jeffrey Charles Wren ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2021, the undersigned issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action because he is able to afford the costs of this action.  (ECF No. 8.)  The District Judge adopted the findings and recommendations in full on November 2, 2021, and directed Plaintiff to pay the $402.00 filing fee in full within thirty (30) days.  (ECF No. 13.)

On November 10, 2021, Plaintiff filed a document titled "Cancel – Dismiss – Terminate Case."  (ECF No. 14.)  Based on the content of the filing, it is not clear whether Plaintiff intends to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or whether Plaintiff is asking for some other form of relief.

Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall clarify, in writing, whether he intends to voluntarily dismiss this action, pursuant to Rule 41, or whether he is seeking some other form of relief.

IT IS SO ORDERED.

Dated:   **November 12, 2021**              /s/ Barbara A. McAuliffe             
                                                                   UNITED STATES MAGISTRATE JUDGE